NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**REALD SPARK, LLC,**

*Appellant*

**v.**

**MICROSOFT CORPORATION,**

*Appellee*

_____

2025-1445

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01046.

_____

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2        REALD SPARK, LLC v. MICROSOFT CORPORATION

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

July 2, 2025
    Date

Jarrett B. Perlow
Clerk of Court